USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LUIGI GIROTTO,

                              Plaintiff,                    21-CV-04434 (PAE)(SN)

    -against-                                        **ORDER**

INTERMIX HOLDCO, INC., et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the parties' status report filed on October 15, 2021, the parties are directed to file a joint letter informing the Court about the status of discovery and settlement by November 12, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 18, 2021
                New York, New York